**No. 59381.**—Atlantic Supply Co. et al. *v.* United States, protests 166279–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of grating machines the same in all material respects as those the subject of *Atlantic Supply Co.* v. *United States* (34 Cust. Ct. 40, C. D. 1675), the claim of the plaintiffs was sustained.

**No. 59382.**—R. J. Saunders & Co., Inc. *v.* United States, protest 248594–K (New York).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the items in question are, in fact, parts of machines, not specially provided for, the claim of the plaintiff was sustained.

**No. 59383.**—F. W. Myers & Co., Inc. *v.* United States, protest 171694–K (Ogdensburg).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper stock similar in all material respects to that the subject of *F. W. Myers & Co., Inc.* v. *United States* (29 Cust. Ct. 212, C. D. 1470), the claim of the plaintiff was sustained.